**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7166**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES CALVIN SEGERS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. William L. Osteen, District Judge; Russell A. Eliason, Magistrate Judge. (CA-96-72)

─────────────

Submitted: November 20, 2001       Decided: December 19, 2001

─────────────

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

James Calvin Segers, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Calvin Segers appeals the magistrate judge's order denying his motion for a copy of the grand jury transcript, jury selection at trial, and jury instructions at government expense. Because he seeks the transcripts in connection with his appeal in United States v. Segers, No. 00-7427 (4th Cir. Nov. 5, 2001), which has been dismissed, we dismiss the instant appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2